387 A.2d 114

Eastern Engineering and Elevator Company, Inc. v. Philadelphia Athletic Club, Inc., et al., Appellants.

Argued December 8, 1977. Dennis L. Friedman, with him Leon W. Silverman, for appellants; Lewis Kates, with him Kates & Livesey, for appellee.

Order affirmed.